[Nos. 22173-0-II; 22175-6-II;   Division Two.   May 21, 1999.]
22179-9-II; 22256-6-II;
22257-4-II; 22307-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP D.
BERRY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. STELLA M.
REVAY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP L.
WALKER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE J.
JONES, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARY E.
GARRETT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM J.
HELTON, *Appellant*.

Appeals from judgments of the Superior Court for Grays
Harbor County, Nos. 97-1-00156-3, 97-1-00155-5, 97-1-
00157-1, 97-1-00152-1, 97-1-00158-0, 97-1-00154-7, David
E. Foscue, J., entered July 7 and 28, 1997. *Affirmed in part*
and *reversed in part* by unpublished opinion per Armstrong,
A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 22178-1-II.   Division Two.   May 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN
ANTHONY DOOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00101-6, David E. Foscue, J.,
entered July 9, 1997. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Morgan and Houghton, JJ.